Opinion filed February 14, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed February 14, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00042-CV

                                           __________

 

                                    PANKAJ PATEL, M.D., Appellant

 

                                                             V.

 

            AURORA MEDINA, INDIVIDUALLY, AS
WRONGFUL DEATH

   BENEFICIARY OF TOBY
MEDINA, DECEASED, ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF TOBY MEDINA,
DECEASED,

   AND ON BEHALF OF THE
ESTATE OF TOBY MEDINA, DECEASED,

     
Appellee

 



 

                                         On
Appeal from the 385th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CV45970

 



 

                                             M
E M O R A N D U M   O P I N I O N

Pankaj
Patel, M.D. has filed in this court an agreed motion to dismiss his appeal. 
The motion is granted, and the appeal is dismissed.

 

PER CURIAM

February 14,
2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.